No. 98–5883. CARGILL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–5885. BELCHER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–5888. FORSYTHE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–5900. NICHOLS v. McDADE, SUPERINTENDENT, HARNETT CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 98–5901. LEWIN v. THOMPSON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 98–5906. ANJUM v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–5908. STEPHENS v. RUBIN, SECRETARY OF THE TREASURY. C. A. 11th Cir. Certiorari denied.

No. 98–5910. KUMARAN v. TOWN OF CICERO, ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 98–5913. PERKINS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–5915. OKORO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–5916. PARKER v. DEPARTMENT OF JUSTICE ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–5918. McCULLERS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–5920. JONES ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–5924. MARTINEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–5926. BURROUS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.